**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:  Filing of Documents that Exceed                    Case No. 2:06-mc-27-FTM-29
       Twenty-Five Pages
_____/

**STANDING ORDER**

In order to facilitate the Court's review of certain documents, the judges of the Fort Myers Division agree that parties should submit to Chambers a courtesy copy of any document filed electronically in the Fort Myers Division that exceeds twenty-five (25) pages (including exhibits) in length.  Courtesy copies need not be provided simultaneously with the electronic filing of the document.  However, they should be submitted as promptly as possible and may be provided via United States Mail or other reliable service.

Accordingly, it is hereby **ORDERED:**

1.     A party who electronically files a document exceeding twenty-five (25) pages (including exhibits) in length must provide a courtesy copy of the document (including exhibits) in paper format to the assigned judge's chambers.

2.     In order to implement this requirement, the Clerk of the Court is directed to file this Standing Order in every new civil case filed in the Fort Myers Division until further Order.

3.     This Standing Order is not applicable to criminal cases.

**DONE AND ORDERED** at Fort Myers, Florida, this _____ day of December, 2009.

For the Court:

John E. Steele
United States District Judge

Charlene E. Honeywell
United States District Judge

Douglas N. Frazier
United States Magistrate Judge

Sheri Polster Chappell
United States Magistrate Judge

FILED

09 DEC -7 PM 2:01

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA