```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

SHARON JOHNSTON,

              Petitioner,

vs.                        Case No.   2:10-cv-180-FtM-29DNF
                                Case No.   2:07-cr-105-FTM-29DNF

UNITED STATES OF AMERICA,

              Respondent.
_____

**ORDER**

     This matter comes before the Court on review of petitioner's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. #1) filed on March 22, 2010. Also before the Court is petitioner's Motion for Leave to File Memorandum of Law in Excess of 25 Pages as Mandated Per Local Rule 3.01 (Doc. #2).

    A review of the Motion reflects no signature. A signature "under penalty of perjury" is required. Therefore, petitioner will be required to submit a signed Motion before review. Petitioner seeks leave to submit a supporting memorandum in excess of 25 pages. Finding good cause, the motion will be granted.

    Accordingly, it is now

        **ORDERED:**

1. Petitioner shall submit a <u>signed</u> Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. #1) within **FOURTEEN (14) DAYS** of this Order.

2. Petitioner's Motion for Leave to File Memorandum of Law in Excess of 25 Pages as Mandated Per Local Rule 3.01 (Doc. #2) is **GRANTED**. The Clerk shall file the proposed document.

**DONE AND ORDERED** at Fort Myers, Florida, this ___23rd___ day of March, 2010.

_/s/ John E. Steele_
JOHN E. STEELE
United States District Judge

Copies:
Petitioner

-2-