UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**SHARON JOHNSTON,**

                **Petitioner,**

-vs-                                      Case No.  2:10-cv-180-FtM-29DNF
                                                              2:07cr105-FtM-29DNF

**UNITED STATES OF AMERICA,**

                **Respondent.**
_____/

## RELATED CASE ORDER
## AND TRACK ONE NOTICE

It is hereby **ORDERED** that, no later than eleven days from the date of the filing of the complaint (or a copy of a notice of removal) in this Court, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.  It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case.  All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

March 26, 2010
          *JOHN E. STEELE*
          John E. Steele
          United States District Judge

| | |
|---|---|
| ***DOUGLAS N. FRAZIER*** | ***SHERI POLSTER CHAPPELL*** |
| Douglas N. Frazier | Sheri Polster Chappell |
| United States Magistrate Judge | United States Magistrate Judge |

Attachment:   Notice of Pendency of Other Actions [mandatory form]
Copies: All Parties of Record

**U**NITED **S**TATES **D**ISTRICT **C**OURT
**M**IDDLE **D**ISTRICT OF **F**LORIDA
**F**T. **M**YERS **D**IVISION

**SHARON JOHNSTON,**

              **Petitioner,**

v.                                            **Case No.  2:10-cv-180-FtM-29DNF**

**UNITED STATES OF AMERICA,**

              **Respondent.**
_____/

## N**OTICE** O**F** P**ENDENCY** O**F** O**THER** A**CTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____   IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                          _____
                          _____
                          _____
                          _____

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated:

_____          _____
[Counsel of Record or *Pro Se* Party]         [Counsel of Record or *Pro Se* Party]
    [Address and Telephone]                   [Address and Telephone]