UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHARON JOHNSTON,

        Petitioner,

vs.                     Case No.   2:10-cv-180-FtM-29DNF
                           Case No.   2:07-cr-105-FTM-29DNF

UNITED STATES OF AMERICA,

        Respondent.
_____

**ORDER**

This matter comes before the Court on petitioner's Motion for Leave of Court to File Reply Brief Pursuant to L.Cv.R. 3.01(c) (Doc. #14) filed on May 24, 2010.  Petitioner seeks leave to file a reply to the government's response.  Upon review, the Court finds good cause to grant the motion.

Accordingly, it is now

**ORDERED:**

Petitioner's Motion for Leave of Court to File Reply Brief Pursuant to L.Cv.R. 3.01(c) (Doc. #14) is **GRANTED**.  Petitioner may file a reply within **FOURTEEN (14) DAYS** of this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this __24th__ day of May, 2010.

                                                JOHN E. STEELE
                                                United States District Judge

Copies: Parties of Record